IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Plaintiff's name and ID Number: Jackie Lee Miller 914442

Place of Confinement: Micheal Unit, Tennessee Colony, Texas

02 AUG -1 PM 2:30

TX EASTERN-BEAUMONT

BY _____

v.

Defendant's name and address: State of Texas

CASE NO. _____
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

1:02CV0520
9:02CV210

I, Jackie Lee Miller, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☒
   b. Rent payments, interest or dividends?             Yes☐ No☒
   c. Pensions, annuities or life insurance payments?   Yes☐ No☒
   d. Gifts or inheritances?                            Yes☐ No☒
   e. Family or friends?                                Yes☒ No☐
   f. Any other sources?                                Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   Unknown, Check Inmate Trust Funds

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐        No☐        ☑ unknown
   If you answered YES, state the total value of the items owned.

   Check Inmate Trust Funds

1                                                               ATCIFP

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes ☐         No ☒

If you answered YES, describe the property and state its approximate value.

_____N/A_____
_____N/A_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

X Signed this the _7-19-02_ day of _7-18-02_, _2002_

    X _Jackie Lee Miller 914442_
       Signature of Plaintiff     ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

ATCIFP