EOD_____ AUG 12 2002

FILED-CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

02 AUG -7 PM 12: 07

FOR THE EASTERN DISTRICT OF TEXAS
TX EASTERN-BEAUMONT

BEAUMONT DIVISION

BY _____

9: 02cv210

| | | |
|---|---|---|
| JACKIE LEE MILLER | § | |
| VS. | § | CIVIL ACTION NO. 1.02cv520 |
| DIRECTOR, TDCJ-ID | § | |

## ORDER OF TRANSFER

For the reasons stated in the accompanying Memorandum Opinion Regarding Transfer, it is

**ORDERED** that the Clerk of Court shall **TRANSFER** this action to the Lufkin Division of

the United States District Court for the Eastern District of Texas.


SIGNED this 7 day of _August_ , 2002.

WENDELL C. RADFORD
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
BY

4