UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 7 2002

DAVID J. MALAND, CLERK
BY
DEPUTY _____DH_____

MAGISTRATE REFERRAL

Miller                CIVIL ACTION NO. 9:02-cv-00210

  v.

TDC


Pursuant to a Standing Order, certain civil suits are referred at the time of filing equally among magistrate judges. Therefore, the above-entitled action has been referred to:

   Magistrate Judge Judith K. Guthrie