COD
8-22-02

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT
2002 AUG 22 AM 10: 13
TX EASTERN - LUFKIN
BY DH

| | | |
|---|---|---|
| JACKIE LEE MILLER, #914442 | § | |
| Vs. | § | CIVIL ACTION NO. 9:02CV210 |
| DIRECTOR, TDCJ-ID | § | |

## ORDER

The Court has received the above-styled petition for a writ of habeas corpus submitted by the Petitioner. It has been determined that the Petitioner has not paid the required $5 filing fee, nor has he submitted a current and correction application to proceed *in forma pauperis* with his original signature together with an *in forma pauperis* data sheet certified by one of the officers in the law library. It is accordingly

**ORDERED** that the Petitioner must submit either the filing fee of $5.00 or an *in forma pauperis* data sheet certified by one of the officers in the law library for this lawsuit to proceed. If Petitioner fails to comply with this Order within thirty (30) days of receipt of this Order, or to show good cause for such failure, this case may be terminated under Fed.R.Civ.P. 41(b) and the Petitioner will not be granted *in forma pauperis* status. It is further

**ORDERED** that the Clerk shall not accept any other documents in this case, except for a Motion for Extension of Time, until the Petitioner complies with this Order.

So **ORDERED** and **SIGNED** this 21st day of August, 2002.

JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE

