PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU!—U.S. DISTRICT CLERK

RE: 9:02cv210 Miller v. Director

RECEIVED: #6 Order to con. ifp

On this 23 day of Aug, 2002, at 3:00 a.m./p.m.

At TDCJ
(Name of Institution)

_____     JACKIE MILLER
Witness (if by mark)    (Signature, or mark, of addressee)

                        Coffield-30
_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS ____ DAY OF _____, 199__, AT _____
                        (Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness

EASTERN - LUFKIN
AUG 27 AM 10:20
DISTRICT CLERK COURT

7