IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JACKIE LEE MILLER | § | |
| V. | § | CIVIL ACTION NO. 9:02CV210 |
| DIRECTOR, TDCJ-ID | § | |

### FINAL JUDGMENT

The Court having considered Petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that no relief be granted Petitioner and that the same is **DISMISSED** without prejudice.

SIGNED this 29th day of October, 2002.

JOHN HANNAH, JR.
CHIEF JUDGE