PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 9:02cv210 Miller v. Director
RECEIVED: 11 tnl jgm $#100. of Dsh.
on this 01 day of 11, 2002, at _____ a.m./p.m.
at Jacki Miller
_____ (Name of Institution)

_____   _____
Witness (if by mark)        (Signature, or mark, of addressee)

_____
Witness (if by mark)

FILED
U.S. DISTRICT
TX EASTERN
2002 NOV -4

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 199___ AT _____.
                                    (Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness

12